

# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
E... DISTRICT - WI

2020 OCT -5 P 2: 12

CLERK OF COURT

(Full name of plaintiff(s))

Vondelile Montez Over

v.

(Full name of defendant(s))

Waupun Correction Institution

Case Number:
20-C-1542

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __Waupun Correctional Institution PoBox 351, Waupun wi, 53963__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Ashley Birdyshaw, Marie Moore__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__

Complaint – 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Waupun Correctional Security and Medical Institution

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

While housed at Waupen Correctional Institution / Segregation department, Range B 201 around 5:45 AM CO entered unit to distribute Medication. In which he stoped at my door. at that sec I voiced to CO John Doe I have a Medical Emergency. CO John doe gave no Responce and kept Walking as though I never Requested his help. about 2 min later RN Ashley along with CO Birdy Shaw came to my door for Court ordered Medication. I then Voiced my Medical Emergency To both Ashley/RN and Security Birdy Shaw. Nurse Ashley then Took my Tempture Showing That i did in fact have a Medical Emergency (Temp°) 8th Amendment Violation.

Complaint – 2

Nurse Ashley Said she will Inform MD M. Moore and pull me out the cell To further evaluate me. My temp was 101.3 Dg°. RN Ashley and DR M. Moore left me in Cell B201 from around 5:45 Am To around 11:00 Am / 6 hrs. at around 11:pm I utelized the Medical Emergency button again thats stationed Inside the cell and stated My Medical Emergency has elivated causing me to spit bile everywhere In Cell with other Symptoms. 40 Mins later for Medication Nurse Bob came to my door for ordered Medication. at that Sec, I had to Inform Medical Staff again of My Medical Emergency. Nurse Bob Then Took My Temp° Showing That My Temp elivated From 1 101.3 to 103.2 "Sepsis". Nurse Bob Then Went To Nurse Station while I Remained In Cell after asking me Why haunt noone helped me. 5 min later I was Rushed To Waupun Memorial Hospital for lack of Medical Emergency treatment. had I been Treated when I first Called for Medical help That RN Ashley, M. Moore, Co Birdyshaw I wouldn't've had to be Rushed To hospital hours later. My Medical need was deliberately neglected, leaving me to suffer for over 5 hours, causing me To have to Recieve hospital Emergency Treatment

Complaint - 3

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I'm Requesting To be fully Compensated

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES         ☐ – NO

   I declare under penalty of perjury that the foregoing is true and correct.

   Complaint signed this __23__ day of __9__ 20__20__.

   Respectfully Submitted,

   _(signature)_
   Signature of Plaintiff

   __541533__
   Plaintiff's Prisoner ID Number

   Waupun Correctional Institution
   PO Box 351, Waupun WI. 53963
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

FIRST-CLASS MAIL

Hasler
10/01/2020
US POSTAGE $001.20⁰

ZIP 53963
011D11650997

FRI 02 OCT 2020

Vondelle Over, DOC 541533
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963-0351

United States District Court
Eastern district of Wisconsin
517 East Wisconsin Ave, Room 362, Milw, WI 53202